NUMBER 13-04-548-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________ _______________________
 
JOSE HUMBERTO MARTINEZ,                                           Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
______________________________________________________ ____________

On appeal from the 107th District Court 
of Cameron County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, JOSE HUMBERTO MARTINEZ, attempted to perfect an appeal from
a judgment entered by the 107th District Court of Cameron County, Texas. Sentence
in this cause was imposed on June 11, 2004. A timely motion for new trial was filed
on July 1, 2004. The notice of appeal was due to be filed on September 9, 2004,
but was not filed until October 14, 2004. Said notice of appeal is untimely filed. On
October 18, 2004, appellant filed an untimely motion for extension of time to file the
notice of appeal, a motion to extend time to file motion for extension of time to file
notice of appeal, and a motion to suspend the rules.
         Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension
of time for filing notice of appeal if such notice is filed within fifteen days of the last
day allowed and within the same period a motion is filed in the court of appeals
reasonably explaining the need for such extension. Appellant failed to file his notice
of appeal and motion requesting an extension of time within such period. 
         The Court, having considered the documents on file, appellant's failure to timely
perfect his appeal, and appellant’s untimely motions, is of the opinion that the appeal
should be dismissed for want of jurisdiction. All pending motions are dismissed. The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                                                 PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 4th day of November, 2004.